UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

---

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 19-0143 |
| VERSUS | JUDGE DONALD E. WALTER |
| AMADO PORTILLO | MAGISTRATE JUDGE HORNSBY |

---

## ORDER

This matter was referred to United States Magistrate Judge Mark L. Hornsby for report and recommendation. After an independent review of the record, and noting the defendant's waiver of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions there as it is own.

Accordingly, **IT IS ORDERED, ADJUDGED, AND DECREED** that, in accordance with the terms of the plea agreement filed in the record of these proceedings, the guilty plea of the Defendant, Amado Portillo, is accepted and he is fully adjudged guilty of the offense charged in Count One of the Indictment, consistent with the report and recommendation.

**THUS DONE AND SIGNED**, this 18th day of July, 2019.

_____
Donald E. Walter
United States District Court